# UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

### Name of Presiding Judge, Honorable Jack B. Schmetterer

Cause No. 09 B 35697                    Date September 29, 2009

Title of Cause: In re: My Ranch, Inc. d/b/a Fresh Harvest Market

Brief Statement of Motion: Order of Court

Names and Addresses of moving counsel:

Representing:

Names and Addresses of other counsel entitled to notice and names of parties they represent:

Forrest L. Ingram
79 W. Monroe St., #900
Chicago, IL 60603
Counsel for Debtor

Office of the U.S. Trustee
219 South Dearborn, #873
Chicago IL 60604

And see Service List

## ORDER

On Motion of Court, sua sponte, case set **October 27, 2009, at 10:30 A.M.** for hearing on setting bar date for filing of non-administrative claims and bar date for objections to said claims.

ENTER:

United States Bankruptcy Judge

Hand this memorandum to the Courtroom Deputy.
Counsel will not rise to address the Court until motion has been called.

Case No. 09 B 35697
In re: My Ranch, Inc. d/b/a Fresh Harvest Market

## CERTIFICATE OF SERVICE

I, Dorothy Clay certify that on September 29, 2009, I caused to be mailed by United States first class mail copies of the foregoing ORDER to the following:

Forrest L. Ingram
Forrest L. Ingram, P.C.
79 West Monroe Street
Suite 900
Chicago, IL 60603
Counsel for Debtor

District Counsel
Internal Revenue Service
Ste. 2300
200 W. Adams St.
Chicago IL 60606

Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

District Director
Internal Revenue Service
230 S. Dearborn St.
Mail Stop 5016-CHI
Chicago IL 60604

_____
Secretary/Deputy Clerk