# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0752-1 | User: amcc7 | Date Created: 10/1/2009 |
| Case: 09-35697 | Form ID: b9f | Total: 51 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
14498663   Bank of the West
14498678   Citizens Capital / Coactive Partner
14498704   National City Commercial Capital Co

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          My Ranch, Inc          4650 N. Sheridan Road          Chicago, IL 60640
aty         Forrest L Ingram       Forrest L. Ingram, P.C.        79 W Monroe Street      Suite 900      Chicago, IL 60603
14498659    ACC Capital            c/o Kennet Donke               7220 W. 194th St. Suite 105    Tinley Park, IL 60487
14498660    America United Bank    321 W. Golf Road               Schaumburg, IL 60196
14498661    Bank of America        P.O. Box 17054                 Wilmington, DE 19884
14498662    Bank of America Business Card    P.O. Box 15710       Wilmington, DE 19886-5710
14498664    Borst &Collins, LLC    180 N. Stetson Ave.            Suite 3050    Chicago, IL 60601
14498665    Bret Rappaport         2610 Lake Cook                 Riverwoods, IL 60015
14498675    CIT Technology Fin Serv, Inc    PO Box 550599         Jacksonville, FL 32255-0599
14498676    CIT Technology Fin. Serv, Inc.    21146 Network Place    Chicago, IL 60673-1211
14498667    Cecela Johnson         6448 S. Eberhart Ave,          Chicago, IL 60637
14498666    Cecela Johnson         6448 S. Eberhart Ave.          Chicago, IL 60637
14498670    Cecelia Johnson        6448 S. Eberhart               Chicago, IL 60637
14498668    Cecelia Johnson        6448 S. Eberhart Ave.          Chicago, IL 60637
14498669    Cecelia Johnson        6448 S. Ebrhart Ave.           Chicago, IL 60637
14498671    Cecelia N. Johnson     6548 S. Eberhart Ave.          Chicago, IL 60640
14498672    Charter One            PO Box 18204                   Bridgeport, CT 06601-3204
14498673    Charter One Bank       1215 Superior Avenue           Cleveland, OH 44114
14498674    Chase Cardmember Service    PO Box 15548              Wilmington, DE 19886
14498677    Cit. Tech. Fin. Serv. Corp.    P.O. Box 550599        Jacksonville, FL 32255-0599
14498679    Curchill, Quinn, Richtman, Hamilton    Two South Whitney    PO Box 284    Grayslake, IL 60030
14498680    David Hazen            Diver Grach Quade &Masini     111 N. County St.    Waukegan, IL 60085
14498681    Ervin Leasing          3893 Research Park Drive       Ann Arbor, MI 48108
14498683    Fifth Third Bank       5001 Kingsley Dr.              Cincinnati, OH 45208
14498682    Fifth Third Bank       Business Mastercard            P.O. Box 740789    Cincinnati, OH 45274-0789
14498684    Fifth Third Bank       P.O. Box 740789                Cincinnati, OH 45274-0789
14498685    George S. May International Co.    303 S. Northwest Hwy.    Park Ridge, IL 60068
14498686    Great America Leasing    625 First Street S.E. Suite 800    Cedar Rapids, IA 52401
14498687    Harris Bank            Bankruptcy Department          150 West Wilson    Palatine, IL 60067
14498689    Huntington             105 East Forth St.             Suite 200    Cincinnati, OH 45202
14498688    Huntington             105 East Forth Street          Suite 200    Cincinnati, OH 45202
14498690    Illinois Department of Revenue    Bankruptcy Section Level 7-425    100 W. Randolph St.    Chicago, IL 60606
14498691    Innovative Bank        SOHO Loans                     360 14th Street    Oakland, CA 94612
14498692    J P Morgan Chase Bank    25 East Washington St. Suite 1000    Chicago, IL 60602
14498693    J.P. Morgan Chase Bank    P.O. Box 260180             Baton Rouge, LA 70826-0180
14498695    Key Equipment Finance  26000 Cannon Road              Cleveland, OH 44146
14498694    Key Equipment Finance  600 Travis, Suite 1300         Houston, TX 77002
14498696    Leaf                   PO Box 644006                  Cincinnati, OH 45264
14498697    Leaf Fnancial          PO Box 644006                  Cincinnati, OH 45264
14498698    Marlin Leasing         300 Fellowship Road            Mount Laurel, NJ 08054
14498699    Marlin Leasing         PO box 13604                   Philadelphia, PA 19101-3604
14498700    McCarthy, Burgess &Wolff    26000 Cannon Road         Cleveland, OH 44146
14498701    National City          P.O. Box 3038                  Kalamazoo, MI 49003-3038
14498703    National City Commercial Capital Co    c/o Borst &Collinjs    180 N. Stetson Ave., Ste 3050    Chicago, IL 60601
14498702    National City Commercial Capital Co    c/o Borst &Collins     180 N. Stetson Ave., Ste 3050    Chicago, IL 60601
14498705    QuickLease Powered by Coactive    655 Business Center Drive    Suite 250    Horsham, PA 19044
14498706    Tree of Life.          c/o Transworld Systems Inc     P.O. Box 15630, Dept 23    Wilmington, DE 19850
14498707    U.S. Foodservice, Inc  c/o Kohner Mann &Kailas, S.C.  4650 N. Port Washington Road    Milwaukee, WI 53212

TOTAL: 48