UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 08-18624 |
| | ) | Chapter 13 |
| ANITA M. BUONINCONTRO, | ) | Judge John H. Squires |
| | ) | |
| Debtor. | ) | |

ORDER DISMISSING CASE
FOR FAILURE TO MAKE PLAN PAYMENTS

THIS MATTER having come before the Court on the Motion of Creditor WEST TOWN SAVINGS BANK to dismiss the case for Debtor's failure to make plan payments, the Court finding that Debtor has failed to make the payments required under the terms of the plan.

IT IS THEREFORE ORDERED that this case be dismissed for material default by the Debtor with respect to a term of a confirmed plan, pursuant to Section 1307(c)(6).

Dated:

**OCT - 9 2009**          ENTER:

_____
JUDGE John H. Squires

Eugene J. Rudnik, Jr.
Thomas Wilson Waters
KEMP & GRZELAKOWSKI, LTD.
1900 Spring Road, Suite 500
Oak Brook, Illinois 60523
Atty. Nos. 12041