## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THOMAS MECHANICAL CORPORATION. | ) | Case No. 08 B 19687 |
| | ) | |
| Debtor and Debtor in Possession. | ) | Judge Carol A. Doyle |
| | ) | |
| | ) | Hearing: September 29, 2009 at 10:30 a.m. |

### ORDER GRANTING THIRD INTERIM APPLICATION OF FORREST L. INGRAM, P.C. FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND COSTS

THIS MATTER came to be heard on the Third Interim Application for Compensation for Professional Services and for Reimbursement of Expenses of FORREST L. INGRAM, P.C. The Court has jurisdiction over the subject matter pursuant to 28 U.S.C. Sec. 1334. This is a core proceeding pursuant to 28 U.S.C. sec. 157(b)(2)(A). The Court being fully advised in the premises:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

1. FORREST L. INGRAM, P.C. is awarded $12,436.00 for the professional compensation requested for the time period from April 1, 2009 through August 31, 2009.

2. FORREST L. INGRAM, P.C. is awarded $114.00 for reimbursement of expenses for the time period beginning April 1, 2009 through August 31, 2009.

3. Debtor Thomas Mechanical Corporation is authorized and directed to pay to FORREST L. INGRAM, P.C. a total aggregate amount of $12,550.00 pursuant to this Third Application for fees and costs.

Dated: 9/29/09

BY THE COURT:

_____
The Honorable: Carol A. Doyle
United States Bankruptcy Judge

This order was prepared
By Forrest L. Ingram, P.C.

1